UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV69-3-MU

| | |
|---|---|
| MARION EDWARD PEARSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RANDALL LEE )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before this Court upon the Petitioner's "Motion For The Assistance Of A Law Student Or Paralegal" (Document No. 37.) There is no constitutional right to counsel in habeas proceedings such as the instant case. Crowe v. United States, 175 F.2d 799 (4th Cir. 1949), cert.denied, 338 U.S. 950 (1950). It therefore follows that there is also no constitutional right to the assistance of a law student or a paralegal. Moreover, even if this Court were inclined to grant Petitioner's request, it is without the resources to do so. Furthermore, the Petitioner appears to be adequately representing himself. Consequently, Petitioner's "Motion For The Assistance of A Law Student Or Paralegal" is denied.

NOW THEREFORE IT IS ORDERED that Petitioner's "Motion For The Assistance of A Law Student Or Paralegal" is denied.

1

**SO ORDERED.**

Signed: August 21, 2006

Graham C. Mullen
United States District Judge