FILED: September 26, 2006

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-418
(1:06-cv-00069)

MARION EDWARD PEARSON, JR.,

                           Petitioner,

  versus

RANDALL LEE, et al.,

                           Respondent.

O R D E R

  Marion Edward Pearson, Jr., has filed a petition for permission to appeal two interlocutory orders entered by the district court in his 28 U.S.C. § 2254 (2000) proceeding. He has also filed a motion to modify the petition to appeal. Upon review, the motion to modify is GRANTED, the motion to expedite is DENIED, and the petition for permission to appeal is DENIED.

  Entered at the direction of Judge Wilkinson, with the concurrence of Judge Widener and Judge Hamilton.

                          For the Court

                         /s/ Patricia S. Connor

                             Clerk