# United States District Court
# For The Western District of North Carolina
# Asheville Division

Marion Edward Pearson, Jr. ,

       Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                             1:06-cv-00069-GMC

Randall Lee, et al. ,

       Respondents..

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 5th, 2008 Order.

                                                       FRANK G. JOHNS, CLERK

September 5, 2008

                                                      *s/Elizabeth J. Barton*
                         BY: _____
                                      Elizabeth J. Barton, Deputy Clerk