# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06CV69-3-MU

| | |
|---|---|
| **MARION EDWARD PEARSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **THEODIS BECK,** ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on Petitioner's "Motion for Release Pending Appellate Review" filed April 23, 2009 (Document No. 74.) On April 24, 2009, the Fourth Circuit Court of Appeals issued an unpublished opinion dismissing Petitioner's appeal. Therefore, Petitioner's motion for release pending appeal is denied as moot.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Petitioner's motion for release pending appellate review is denied as moot.

**SO ORDERED**.

Signed: April 24, 2009

Graham C. Mullen
United States District Judge